IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| HORACE E. BURNETT, JR., | ) |
| Plaintiff, | ) Civil Action No. 5:04CV00084 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner for further proceedings. Objections to the report and recommendation have not been filed, and the court upon a review of the record is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the matter is **REMANDED** to the Commissioner for further proceedings, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This August 4M, 2005.

_____
UNITED STATES DISTRICT JUDGE